# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# at LOUISVILLE

*ELECTRONICALLY FILED*

Removed from Jefferson Circuit Court
Civil Action No. 19-CI-001509

| | |
|---|---|
| OMER SISIRAK ) | |
|         Plaintiff ) | |
| v. ) | |
| ) | |
| PURDY BROS. TRUCKING, LLC, ) | |
| ) | |
| P.S. LOGISTICS, LLC, ) | Civil Action No.: 3:19-cv-237-CHB |
| and ) | |
| ) | Judge: Claria Horn Boom |
| JATIONE HOOKS ) | Magistrate-Judge: |
|         Defendants ) | |

## NOTICE OF REMOVAL

Defendants, Purdy Brothers Trucking, LLC, and PS HoldCo, LLC, improperly named "P.S. Logistics, LLC," in the Complaint, remove to the United States District Court for the Western District of Kentucky at Louisville, the action styled *Omer Sisirak v. Purdy Brothers Trucking, LLC, P.S. Logistics, LLC, and Jatione Hooks*, Civil Action No. 19-CI-001509, which is currently pending before the Jefferson Circuit Court in the Commonwealth of Kentucky. As grounds for this Notice of Removal, Purdy Brothers Trucking, LLC, and PS HoldCo, LLC, state:

1. On or about March 8, 2019, Plaintiff, Omer Sisirak filed a Complaint in the Jefferson Circuit Court, bearing Civil Action No. 19-CI-001509. As required by 28 U.S.C. § 1446(a), copies of all process and pleadings filed in the Jefferson Circuit Court action are attached to this Notice of Removal.

2. Plaintiff Omer Sisirak is and was at all times relevant to this action, including the time of the commencement of Civil Action No. 19-CI-001509, a citizen and resident of the Commonwealth of Kentucky. *See* Complaint, at ¶ 1.

3. Defendant Purdy Brothers Trucking, LLC ("Purdy Brothers"), is at the time of the filing of this Notice of Removal and was at the time of the commencement of this action, a foreign limited-liability company organized under the laws of the State of Delaware with its principal place of business in Loudon, Tennessee. The sole member of Purdy Brothers is P&S Acquisition, LLC, whose sole member is PS HoldCo, LLC. The sole member of PS HoldCo, LLC, is PS FinCo 2, LLC. The sole member of PS FinCo 2, LLC, is PS FinCo 1, LLC, whose sole member is PS Parent, LLC. The members of PS Parent, LLC are Goodwin Enterprises, Inc. and OEP Capital Advisors, L.P. Goodwin Enterprises, Inc. is a corporation organized under the laws of the State of Alabama with its principal place of business at 1810 Avenue C, Birmingham, Alabama. OEP Capital Advisors, L.P. is a Delaware limited partnership whose partners are residents of the following country and states: Germany, Connecticut, New York, Illinois, and Massachusetts.

4. Defendant PS HoldCo, LLC ("P.S. HoldCo"), improperly identified using its former name "P.S. Logistics, LLC," in the Complaint, is at the time of

the filing of this Notice of Removal, and was at the time of the commencement of this action, a foreign limited-liability company organized under the laws of the State of Delaware with its principal place of business in Ensley, Alabama. The sole member of PS HoldCo, LLC, is PS FinCo 2, LLC. The sole member of PS FinCo 2, LLC, is PS FinCo 1, LLC, whose sole member is PS Parent, LLC. The members of PS Parent, LLC, are Goodwin Enterprises, Inc. and OEP Capital Advisors, L.P. Goodwin Enterprises, Inc. is a corporation organized under the laws of the State of Alabama with its principal place of business at 1810 Avenue C, Birmingham, Alabama. OEP Capital Advisors, L.P. is a Delaware limited partnership whose partners are residents of the following country and states: Germany, Connecticut, New York, Illinois, and Massachusetts.

5. Defendant Jatione Hooks is an individual who is at the time of the filing of this Notice of Removal and was at the time of the commencement of this action, a citizen and resident of the State of Georgia. *See* Complaint at ¶ 5.

6. At the time of filing this Notice of Removal, Defendant Jatione Hooks has not been served with process and, as such, is not required to provide consent for removal. *Brierly v. Alusuisse Flexible Packaging, Inc.,* 184 F.3d 527, 533 n.3 (6th Cir. 1999).

7. This action is one that Purdy Brothers and PS HoldCo may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441(a) because this is an action between citizens of different states.

8. On information and belief based on the allegations contained in the Complaint, the amount in controversy in this action exceeds the sum of $75,000.00, exclusive of interest and costs.

9. This Notice of Removal is filed within thirty (30) days after Purdy Brothers and PS HoldCo were served and/or received the Complaint and Summons as required by 28 U.S.C. § 1446(b).

WHEREFORE, Purdy Brothers and PS HoldCo respectfully request that this action be removed to the United States District Court for the Western District of Kentucky at Louisville.

                Respectfully submitted,

                */s/ William T. Donnell*
                William T. Donnell
                Richard V. Evans
                WHITTENDONNELL
                700 N. Hurstbourne Pkwy, Suite 112
                Louisville, KY 40222
                P: 502-430-1016
                F: 502-430-1083
                wdonnell@louisvillecounsel.com
                revans@louisvillecounsel.com
                *Counsel for Defendants,*
                *Purdy Brothers Trucking, LLC, and*
                *PS HoldCo, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on the 1st day of April, 2019, via U.S. Mail and electronic service I served a true and accurate copy of this Notice of Removal on the following:

Tad Thomas
John Abaray
THOMAS LAW OFFICES, PLLC
9418 Norton Commons Blvd., Suite 200
Louisville, KY 40059
john.abaray@thomaslawoffice.com
tad@thomaslawoffice.com

        */s/ William T. Donnell*
        *Counsel for Defendants,*
        *Purdy Brothers Trucking, LLC, and*
        *PS HoldCo, LLC*