

David L. Nicholson, Jefferson Circuit Clerk
600 West Jefferson Street
Louisville, KY 40202-4731

CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808



## KCOJ eFiling Cover Sheet

Case Number: 19-CI-001509

Envelope Number: 1512120

Package Retrieval Number: 151212011022428@00000902283

Service by: Certified Mail

Service Fee: $ 0.00

Postage Fee: $ 12.25

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.

Presiding Judge: HON. SUSAN GIBSON (630269)

Package: 000001 of 000009

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **19-CI-001509**<br>Court:  **CIRCUIT**<br>County: **JEFFERSON Circuit** |

*Plantiff,* **SISIRAK, OMER VS. PURDY BROTHERS TRUCKING, LLC, ET AL**, *Defendant*

TO:  **CORPORATION SERVICE COMPANY**
      **251 LITTLE FALLS DRIVE**
      **WILMINGTON, DE 19808**

Memo: Related party is PURDY BROTHERS TRUCKING, LLC

The Commonwealth of Kentucky to Defendant:
**PURDY BROTHERS TRUCKING, LLC**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Davis L. Nicholson
Jefferson Circuit Clerk
Date: 3/8/2019

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____        Served By _____

                                      Title _____

Summons ID: 151212011022428@00000902283
CIRCUIT: 19-CI-001509 Certified Mail
SISIRAK, OMER VS. PURDY BROTHERS TRUCKING, LLC, ET AL



Page 1 of 1



*Presiding Judge: HON. SUSAN GIBSON (630269)*   *Package:000002 of 000009*

Filed          19-CI-001509   03/08/2019          David L. Nicholson, Jefferson Circuit Clerk

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CASE NO. _____
*ELECTRONICALLY FILED*

OMER SISIRAK            PLAINTIFF

v.

PURDY BROTHERS TRUCKING, LLC

     Serve: Corporation Service Company,
            251 Little Falls Drive,
            Wilmington, DE 19808

P.S. LOGISTICS, LLC

     Serve: Corporation Service Company
            251 Little Falls Drive,
            Wilmington, DE 19808

and

JATIONE HOOKS            DEFENDANTS

     Serve: Jatione Hooks
            399 Plantation Way #3215,
            Macon, GA 31210

Presiding Judge: HON. SUSAN GIBSON (630269)

## COMPLAINT

Comes the Plaintiff, Omer Sisirak, by and through counsel, and for his claims and causes of action against the Defendants, Purdy Brothers Trucking, LLC, P.S. Logistics, LLC and Jatione Hooks, herein states as follows:

### PARTIES AND JURISDICTION

1. Plaintiff Omer Sisirak is a resident of Jefferson County, Kentucky.

2. Defendant Purdy Brothers Trucking, LLC (hereinafter Purdy Brothers) is a Delaware Limited Liability Company with a principal office located at 199 Commercial Park

Drive, Loudon, TN 37774. Purdy Brothers has named Corporation Service Company, 2908 Poston Avenue, Nashville, TN 37203 as its registered agent for service of process.

3. Defendant PS Logistics, LLC is a Delaware Corporation and has chosen Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808 as its registered agent for service of process.

4. Upon information and belief, Purdy Brothers is a subsidiary of PS Logistics, LLC.

5. Upon information and belief, Defendant Jatione Hooks is a resident of Macon, Georgia and can be served at 399 Plantation Way #3215, Macon, GA 31210.

6. Jurisdiction and venue are appropriate in this court as the actions alleged below occurred in Jefferson County, Kentucky and the amount in controversy exceeds the minimum jurisdictional limits of this Court.

## FACTUAL ALLEGATIONS

7. Upon information and belief, Jatione Hooks was an employee of Purdy Brothers Trucking, LLC on November 13, 2018.

8. On November 13, 2018, Jatione Hooks, in the course and scope of his employment with Purdy Brothers was driving a tractor-trailer owned by Purdy Brothers and stopped in Louisville, Kentucky.

9. On November 13, 2018, Jatione Hooks was in the care and control of cargo pursuant to a bill of lading provided by his employer Purdy Brothers Trucking, LLC and had a duty pursuant to his employment agreement to transport said cargo to a destination unknown to Plaintiff.

Filed                    19-CI-001509   03/08/2019         David L. Nicholson, Jefferson Circuit Clerk

10. On November 13, 2018, while driving the tractor trailer on behalf of Purdy Brothers, Jatione Hooks stopped at a parking lot near Fincastle Wine and Liquor near the corner of Murphy Lane and Westport Road.

11. The parking lot described above has parking spots available for rent by semi-truck owners and/or operators.

12. Plaintiff rents a parking spot near in the parking lot described in paragraph 10 to park his semi-truck and trailer.

13. Upon information and belief, Jatione Hooks/Purdy Brothers Trucking/PS Logistics do not rent a spot in the parking lot described in paragraph 10.

14. Around 6:00 PM, November 13, 2018, Plaintiff entered the parking lot to find Mr. Hooks parked in the spot that he rents in the parking lot described in paragraph 10.

15. Plaintiff requested that Jatione Hooks move the tractor trailer he was operating on behalf of Purdy Brothers out of the parking spot Plaintiff pays to rent.

16. Mr. Hooks refused to move his tractor trailer.

17. Plaintiff attempted to park in a different parking spot.

18. While Plaintiff was attempting to park in a different parking spot, Mr. Hooks entered into the cab of Plaintiff's vehicle brandishing a firearm.

19. While in the cab of Plaintiff's vehicle, Mr. Hooks threatened to kill Plaintiff and violently assaulted him.

20. Upon information and belief of the Plaintiff, Mr. Hooks was attempting to prevent Plaintiff from hitting the Purdy Brothers' tractor and/or trailer.

21. Plaintiff was able to escape the vehicle, but in the process of doing so struck his should and right knee amongst other body parts on the pavement.

Filed                    19-CI-001509   03/08/2019         David L. Nicholson, Jefferson Circuit Clerk

22. Defendant Hooks was arrested and charged with wanton endangerment, assault, and terroristic threatening.

23. Upon information and belief, at the time of the incident described above, Jatione Hooks was an employee of Purdy Brothers.

24. Upon information and belief, at the time of the incident described above, Purdy Brothers had in place an employee handbook and/or contract of employment which had a provision related to violence at the workplace.

25. Upon information and belief, at the time of the incident described above, the Purdy Brothers' employee handbook and/or contract of employment stated that:

*"Purdy Bros. Trucking Co., Inc. is committed to providing a work environment that is free from violence. Any acts or threated acts of violence will not be tolerated. Anyone engaging in unacceptable behavior will be subject to discipline, up to and including dismissal, and may also be personally subject to other civil or criminal liabilities.*

*For the purposes of this policy, unacceptable behavior is defined as:*

*1) Physically harming or threatening to harm an individual, group of individuals, relatives of those individuals or company.*

*2) The possession on company property of weapons of any kind, or the brandishing of any object that could reasonably be perceived as a weapon.*

*3. Loud, angry or disruptive behavior that is not part of the typical work environment.*

*4. Callous or intentional disregard for the physical safety or well being of others.*

*5. Intentional disregard of company or employee property.*

*6. Commission of a criminal act on company property.*

*7. Any other conduct that a reasonable person would perceive as constituting a threat of violence or intimidation.*

*Any employee who is subjected to, witness or has knowledge of unacceptable or violent behavior of any of the types listed above, or has reason to believe that such behavior may occur*

19-CI-001509   03/08/2019   David L. Nicholson, Jefferson Circuit Clerk

*at or in connection with the activities of Purdy Bros. Trucking Co., Inc. is required to report it promptly to his or her supervisor, or the Safety Director."*

26. Jatione Hooks possessed a firearm on company property in violation of Purdy Brothers' company policy.

### CLAIM I – ASSAULT AND BATTERY BY JATIONE HOOKS UPON PLAINTIFF

27. Plaintiff re-alleges and incorporates all of the allegations contained in Paragraphs 1-26, as if fully set forth herein.

28. On November 13, 2018, the Defendant Jatione Hooks committed the common law torts of Assault and Battery upon the Plaintiff.

29. As a result of Defendant Hooks' Assault and Battery upon the Plaintiff, Plaintiff suffered severe physical injury and mental pain and suffering.

### CLAIM II – VIOLATIONS OF KRS 508.060, 508.030 AND 508.080

30. Plaintiff re-alleges and incorporates all of the allegations contained in Paragraphs 1-29, as if fully set forth herein.

31. The Defendant committed the crimes of Wanton Endangerment (KRS 508.060), Assault in the 4th Degree (KRS 508.030) and Terroristic Threatening in the 3rd Degree (KRS 508.080).

32. KRS 446.080 provides that a person injured by violation of any statute may recover from any offender such damages as are sustained by the violation.

33. As a result of the Defendant's violation of KRS 508.060, 508.030 and 508.080, Plaintiff suffered severe physical injury and mental pain and suffering.

### CLAIM III – LIABILITY OF PURDY BROTHERS AND P.S. LOGISTICS, LLC

34. Plaintiff re-alleges and incorporates all of the allegations contained in Paragraphs 1-33, as if fully set forth herein.

Package:000007 of 000009
Presiding Judge: HON. SUSAN GIBSON (630269)
Package : 000007 of 000009
Filed   19-CI-001509   03/08/2019   David L. Nicholson, Jefferson Circuit Clerk

Filed          19-CI-001509   03/08/2019        David L. Nicholson, Jefferson Circuit Clerk

35. Upon information and belief, Jatione Hooks was an employee of Purdy Brothers and P.S. Logistics, LLC at the time of the incident alleged above.

36. Upon information and belief, Jatione Hooks was driving a tractor trailer owned by Purdy Brothers at the time of the incident alleged above.

37. Upon information and belief, Jatione Hooks was responsible for any tractor and the cargo in the trailer owned by Purdy Brothers at the time of the incident alleged above.

38. Upon information and belief, Jatione Hooks believed that Plaintiff nearly struck the Purdy Brothers' tractor trailer at the time of the incident alleged above.

39. Upon information and belief, in an effort to prevent damage to the tractor trailer and/or cargo in the trailer, Jatione Hooks attacked Plaintiff and threatened him with a firearm.

40. In an effort to escape from Jatione Hooks, Plaintiff suffered bodily harm.

41. As a result of the crimes committed by Jatione Hooks and the common law Assault and Battery, Plaintiff suffered physical injury as well as mental pain and suffering.

42. Defendants Purdy Brothers and P.S. Logistics, LLC are directly and/or vicariously liable for any acts and omissions by any person under their direct or indirect controlled including but not limited to Jatione Hooks.

### CLAIM IV – NEGLIGENT HIRING, RETENTION, AND SUPERVISION

43. Plaintiff re-alleges and incorporates all of the allegations contained in Paragraphs 1-42 as if fully set forth herein.

44. Upon information and belief, Jatione Hooks was an employee of Purdy Brothers and P.S. Logistics, LLC.

45. Upon information and belief, Purdy Brothers and P.S. Logistics, LLC were negligent in their hiring and training of the Defendant, Jatione Hooks.

Filed          19-CI-001509   03/08/2019        David L. Nicholson, Jefferson Circuit Clerk

Filed 19-CI-001509 03/08/2019 David L. Nicholson, Jefferson Circuit Clerk

46. Upon information and belief, Purdy Brothers and P.S. Logistics, LLC were negligent in their supervision of Jatione Hooks.

47. As a result of the negligent hiring, negligent training, and negligent supervision of Jatione Hooks by Purdy Brothers and P.S. Logistics, LLC, Plaintiff suffered severe physical injuries and mental pain and suffering.

### REQUEST FOR RELIEF

WHEREFORE, Plaintiff Omer Sisirak hereby demands as follows:

1. Judgement against the Defendants in an amount that is fair and reasonable to compensate the Plaintiff for the injuries he sustained in an amount to be determined by the trier of fact;

2. For the costs herein expended, including reasonable fees for his attorneys;

3. Trial by jury;

4. Any and all other relief to which the Plaintiff may appear to be entitled.

Respectfully submitted,

/s/ John Abaray
**TAD THOMAS**
**JOHN ABARAY**
THOMAS LAW OFFICES, PLLC
9418 Norton Commons Blvd., Ste 200,
Louisville, KY 40059
502-473-6540
john.abaray@thomaslawoffices.com
tad@thomaslawoffices.com
**COUNSEL FOR PLAINTIFF**

Filed 19-CI-001509 03/08/2019 David L. Nicholson, Jefferson Circuit Clerk

Package:000009 of 000009
Presiding Judge: HON. SUSAN GIBSON (630269)
Package : 000009 of 000009

